

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Julio Cesar Flores, Jr.,                     * From the County Court at Law
of Erath County
Trial Court No. 45,713.

Vs. No. 11-16-00016-CR            * January 19, 2018

The State of Texas,                   * Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.